DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BLAKE P. LOEBS, State Bar #145790
Chief of Civil Rights Litigation
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3868
Facsimile:       (415) 554-3837
E-Mail:           blake.loebs@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHIEF GREGORY P. SUHR, PHILLIP WONG,
FRANCISCO MORROW, DENISE FLAHERTY and HENRY WOO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA PICHARDO,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE CHIEF GREG SUHR, SAN FRANCISCO POLICE OFFICERS HERMANN CHU (#866), F. MORROW (#1948), SAN FRANCISCO POLICE SERGEANTS WOO (#1556) AND WONG (#168) AND SAN FRANCISCO POLICE LIEUTENANT DENIS FLAHERTY (#634) and DOES ONE through TEN, inclusive, | Case No. C12-4042 NC<br><br>[PROPOSED] ORDER EXCUSING CERTAIN DEFENDANTS FROM ATTENDING MEDIATION<br><br>Hearing Date:   March 11, 2013<br>Time:              09:30 a.m.<br>Place:             450 Golden Gate, 16th Floor<br>                       San Francisco, CA  94102<br>Mediator:        Noah Blechman<br><br>Trial Date:      None Set. |

[Proposed] Order Excusing Officers from Mediation           1                          n:\lit\li2012\130015\00830707.doc
CASE NO. C12-4042 NC

1  FOR GOOD CAUSE SHOWN, the Court issues the following Order:

2    After careful consideration of the request of Defendants' counsel, the Court has determined that
3  only Sergeant Rachel A. Karp and one representative of the San Francisco Police Department need to
4  attend the Mediation scheduled for March 11, 2013.

6  DATED: 3/8/2013

   _____
   HON. NATHANAEL COUSINS
   United States Magistrate Judge

[Proposed] Order Excusing Officers from Mediation        2        n:\lit\li2012\130015\00830707.doc
CASE NO. C12-4042 NC