DAN SIEGEL, (SBN 56400)
KEVIN BRUNNER, (SBN 271510)
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
ANA PICHARDO


DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
BLAKE P. LOEBS, State Bar # 145790
Chief of Civil Rights Litigation
DONALD P. MARGOLIS, State Bar #116588
ELIZABETH PEDERSON, State Bar #288184
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3853 [Margolis]
Telephone:     (415) 554-3862 [Pederson]
Facsimile:     (415) 554-3837
E-Mail:        don.margolis@sfgov.org
E-Mail:        elizabeth.pederson@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA PICHARDO,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 12-4042 NC<br><br>**NOTIFICATION OF PENDING SETTLEMENT; STIPULATION AND [PROPOSED] ORDER VACATING PRETRIAL AND TRIAL DATES AND SCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Current Pretrial Conf. Date:   December 18, 2013<br>Current Trial Date:            January 13, 2014 |

**RECITALS**

A. On August 13, 2013, the parties reached agreement on the terms of settlement of this action, subject to final approval by the San Francisco Board of Supervisors.

B. Counsel for defendant City and County of San Francisco has recommended that the Board of Supervisors approve the proposed settlement.

C. Because of a summer recess and the notice and hearing procedures applicable to Board consideration of proposed settlements, defendant's counsel estimates that the earliest date the parties can be confident they will know whether the Board has given final settlement approval is approximately October 25, 2013.

**STIPULATION**

To promote efficiency and economy for the Court, the parties, and counsel, the parties stipulate to the entry of an order: (a) vacating all pretrial dates for cutoff of discovery, the hearing on dispositive motions, meeting and conferring on pretrial matters, submittal of the pretrial statement, the pretrial conference, and trial; and (b) contingently scheduling a case management conference for a date convenient to the Court that is in November 2013, to occur only if final settlement has not occurred. The parties shall file a stipulation for dismissal of the action promptly after any final settlement approval.

Dated: August 23, 2013           THE LAW OFFICES OF SIEGEL & YEE

                                 By:  */s/ Kevin Brunner*
                                      KEVIN BRUNNER
                                      Attorneys for Plaintiff
                                      ANA PICHARDO


Dated: August 23, 2013           DENNIS J. HERRERA
                                 City Attorney

                                 By:  */s/ Donald P. Margolis*
                                      DONALD P. MARGOLIS
                                      Attorneys for Defendant
                                      CITY AND COUNTY OF SAN FRANCISCO

# ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:**

All pretrial dates and deadlines for cutoff of discovery, the hearing on dispositive motions, meeting and conferring on pretrial matters, submittal of the pretrial statement, the pretrial conference; and the trial date, are **VACATED**.

**IT IS FURTHER ORDERED** that a further case management conference is set for November 27, 2013, at 10:00 a.m. which conference date shall be vacated should the parties earlier file a stipulation for dismissal of the action.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___August 26, 2013___



NATHANAEL M. COUSINS
United States

GRANTED
Judge Nathanael M. Cousins