1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  BLAKE P. LOEBS, State Bar #145790
   Chief of Civil Rights Litigation
4  DONALD P. MARGOLIS, State Bar #116588
   Deputy City Attorney
5  Fox Plaza
   1390 Market Street, 6th Floor
6  San Francisco, California 94102-5408
   Telephone:     (415) 554-3853
7  Facsimile:     (415) 554-3837
   E-Mail:        don.margolis@sfgov.org
8
   Attorneys for Defendant
9  CITY AND COUNTY OF SAN FRANCISCO

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12  ANA PICHARDO,                          Case No. C12-4042 NC

13         Plaintiff,                      **STIPULATION AND (~~PROPOSED~~) ORDER
                                           FOR DISMISSAL WITH PREJUDICE**
14         vs.

15  CITY AND COUNTY OF SAN
    FRANCISCO; SAN FRANCISCO POLICE
16  CHIEF GREG SUHR, SAN FRANCISCO
    POLICE OFFICERS HERMANN CHU
17  (#866), F. MORROW (#1948), SAN
    FRANCISCO POLICE SERGEANTS WOO
18  (#1556) AND WONG (#168) AND SAN
    FRANCISCO POLICE LIEUTENANT
19  DENIS FLAHERTY (#634) and DOES ONE
    through TEN, inclusive,
20

21

22

23

24

25

26

27

28

1   TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2         Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal

3   with prejudice of this action.

4   Dated:  October 25, 2013

5                                           DENNIS J. HERRERA
                                            City Attorney
6                                           BLAKE P. LOEBS
                                            Chief of Civil Rights Litigation
7                                           DONALD P. MARGOLIS
                                            Deputy City ATTORNEY
8

9                                    By:_____ /s/ Donald P. Margolis_____
                                            DONALD P. MARGOLIS
10                                          Attorneys for Defendant
                                            CITY AND COUNTY OF SAN FRANCISCO
11
    Dated:  October 25, 2013
12

13                                          LAW OFFICES OF SIEGEL & YEE

14                                   By: :_____ /s/ Kevin Brunner_____
                                            KEVIN BRUNNER
15
                                            Attorneys for Plaintiff
16                                          ANA PICHARDO

17                                    **ORDER**

18        Pursuant to stipulation, this action is ordered **DISMISSED WITH PREJUDICE.**  The case

19   management conference scheduled for November 27, 2013 is **VACATED.**

20        **IT IS SO ORDERED.**

21

22   DATED:  October 28, 2013

23

24                                                              _____

25                                          GRANTED

26

27                                          Judge Nathanael M. Cousins

28

     Stipulation and Order for Dismissal              2
     Pichardo v. CCSF, et al. No. C12-4042 NC                        n:\lit\li2012\130015\00881602.doc