1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  BLAKE P. LOEBS, State Bar #145790
   Chief of Civil Rights Litigation
4  DONALD P. MARGOLIS, State Bar #116588
   Deputy City Attorney
5  Fox Plaza
   1390 Market Street, 6th Floor
6  San Francisco, California 94102-5408
   Telephone:     (415) 554-3853
7  Facsimile:     (415) 554-3837
   E-Mail:        don.margolis@sfgov.org
8
   Attorneys for Defendant
9  CITY AND COUNTY OF SAN FRANCISCO

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12  ANA PICHARDO,                          Case No. C12-4042 NC

13        Plaintiff,                       **STIPULATION AND (PROPOSED) ORDER
                                           FOR DISMISSAL WITH PREJUDICE**
14        vs.

15  CITY AND COUNTY OF SAN
    FRANCISCO; SAN FRANCISCO POLICE
16  CHIEF GREG SUHR, SAN FRANCISCO
    POLICE OFFICERS HERMANN CHU
17  (#866), F. MORROW (#1948), SAN
    FRANCISCO POLICE SERGEANTS WOO
18  (#1556) AND WONG (#168) AND SAN
    FRANCISCO POLICE LIEUTENANT
19  DENIS FLAHERTY (#634) and DOES ONE
    through TEN, inclusive,

20

21

22

23

24

25

26

27

28

Stipulation and Order for Dismissal          1          n:\lit\li2012\130015\00881602.doc
Pichardo v. CCSF, et al. No. C12-4042 NC

1    TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2         Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal

3    with prejudice of this action.

4    Dated:  October 25, 2013

5                                              DENNIS J. HERRERA
                                               City Attorney
6                                              BLAKE P. LOEBS
                                               Chief of Civil Rights Litigation
7                                              DONALD P. MARGOLIS
                                               Deputy City ATTORNEY
8

9                                    By:_____*/s/ Donald P. Margolis*_____
                                               DONALD P. MARGOLIS
10                                             Attorneys for Defendant
                                               CITY AND COUNTY OF SAN FRANCISCO
11

     Dated:  October 25, 2013
12

13                                             LAW OFFICES OF SIEGEL & YEE

                                     By: :_____*/s/ Kevin Brunner*_____
14                                             KEVIN BRUNNER

15                                             Attorneys for Plaintiff
                                               ANA PICHARDO
16

17                                   **ORDER**

18        Pursuant to stipulation, this action is ordered **DISMISSED WITH PREJUDICE.**  The case

19   management conference scheduled for November 27, 2013 is **VACATED.**

20        **IT IS SO ORDERED.**

21

22   DATED:  October 28, 2013

23

24                                   HO_____
                                     Unit                      N.
25

26                                   GRANTED
                                     Judge Nathanael M. Cousins
27

28

Stipulation and Order for Dismissal                 2
Pichardo v. CCSF, et al. No. C12-4042 NC                      ...nt\li2012\130015\00881602.doc